## MARSHALL v. STATE.    (No. 10811.)

(Court of Criminal Appeals of Texas. March 2, 1927.)

Criminal law ⬦1090(1)—Without statement of facts or bills of exception, record presents nothing for review.

Record containing neither statement of facts nor bills of exception presents nothing for review.

Appeal from District Court, Henderson County; Ben F. Dent. Judge.

Gilmer Marshall was convicted of forgery, and he appeals. Affirmed.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appellant was convicted of forgery and his punishment assessed at two years in the penitentiary.

The record is before us without statement of facts or bills of exception complaining of any proceeding during the trial. In this condition of the record nothing is presented for review.

The judgment is affirmed.